IN THE **UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | | |
|---|---|---|
| **WILLIAM H. SHRINER,** | ) | **CV-11-63-H-DWM-RKS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CVIL CASE** |
| -vs- | ) | |
| | ) | |
| **WILD JACK'S CASINO, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict.

**X** **Decision by Court.** This action came before the Court for a bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is DISMISSED and Judge Strong's Findings and Recommendations are adopted in full.

DATED this 5th day of December, 2011.

PATRICK E. DUFFY, CLERK

By: /s/ Darlene E. DeMato
Deputy Clerk