RECEIVED
DEC 22 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

**Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

United States District Court for the _Helena Division_

District of _MT Montana_

File Number _____

```
       A.B., Plaintiff          )
William SHRiNeR                  )
          v.                     )     Notice of Appeal
                                 )
       C.D., Defendant           )
Wild Jack's Casino, Et Al.
```

Notice is hereby given that (here name all parties taking the appeal), (plaintiffs) (defendants) in the above named case*, hereby appeal to the United States Court of Appeals for the _9th_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _2_ day of _12_, 20_11_.

(s) _____
Attorney for _____
Address: _____

* See Rule 3(c) for permissible ways of identifying appellants.

# CERTIFICATE OF SERVICE

Case Name: _____ v. _____

9th Cir. Case No.: _____

IMPORTANT: You must send a copy of ALL documents filed with the Court and any attachments to counsel for ALL parties in this case. You must attach a copy of the certificate of service to each of the copies and the original you file with the Court. Please fill in the title of the document you are filing. Please list the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of the _____
                              (title of document you are filing)
and any attachments was served, either in person or by mail, on the persons listed below.

_____
Signature
Notary NOT required

| Name | Address | Date Served |
| --- | --- | --- |