RECEIVED
DEC 22 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

William SHRiNeR
*(your name)*

P.O Box 572
*(your street address)*

LiNcolN MT
*(city, state, zip code)*

59639
*(your phone number)* 406-362-4712

IN THe UNited States District Court FoR THe District oF MontaNa. Helena DivisoN. FoR tHe NiNtH CiRCut
*(number of district in which your county is located)*

Lewis + ClORK COUNTY
*(name of your county)*

William SHRiNeR )
) Your Case No. CV 11-00063-H-DWM-RKS
)
Plaintiff, )
) MOTION FOR Appointment Counsel
vs. ) *(name of your motion describing what you want the Court to do)*
Wild Jack's Casino Et AL. )
)
)
Defendant. )

I, William SHRiNeR, respectfully request that the Court enter an Order
*(print your full name)*

that does the following: THe US. District Court to appoint an attorney oR Request tHe Services of a volunteer attorney.

BECAUSE We TRyed To get MaNy AttoRNey'S oN aRe owN, But We caN't afford one foR wHat tHey cHaRge. And as sooN as you tell tHem its a ADA discriminatioN case,

THey don't wont to Handle it. And I only Have a 10th Grade Education. I don't under stand what I'am Reading. Because of THis that's why I'am ended up going to the 9th Circuit Court. And with not understanding it cause me stress and tension, with my I.P.F. My oxygen Levels are all Ready Low. I'am afarid of Having another strok. I Had one five year ago.