

**FILED**

JAN 17 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| WILLIAM H. SHRINER, | ) | CV 11–63–H–DWM–RKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILD JACK'S CASINO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

William Shriner moves the Court to appoint counsel and for leave to proceed in forma pauperis. On December 2, 2011, the Court entered an order adopting Magistrate Judge Strong's findings and recommendation to dismiss Mr. Shriner's amended complaint. The Clerk of Court then entered judgment in favor of the defendants on December 5, 2011, and Mr. Shriner filed his notice of appeal on December 22, 2011.

Since this matter is pending in the United States Court of Appeals for the

1

Ninth Circuit, the Court does not have jurisdiction to entertain Mr. Shriner's motion. He must instead file them with the Ninth Circuit.

Accordingly, IT IS ORDERED that William Shriner's motion to appoint counsel (dkt # 14) and motion for leave to proceed in forma pauperis (dkt #16) are DISMISSED WITHOUT PREJUDICE.

Dated this 17th day of January 2012.

_____
Donald W. Molloy, District Judge
United States District Court