**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 12 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM H. SHRINER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>WILD JACK'S CASINO; et al.,<br><br>        Defendants - Appellees. | No. 11-36065<br><br>D.C. No. 6:11-cv-00063-DWM<br>District of Montana,<br>Helena<br><br><br>ORDER |

Before: LEAVY, HAWKINS, and McKEOWN, Circuit Judges.

A review of the record, the opening brief, and the March 30, 2012 "answer to court order" indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

AS/MOATT