# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 18, 2013

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  William H. Shriner
            v. Wild Jack's Casino, et al.
            No. 12M101
            (Your No. 11-36065)

Dear Clerk:

      The Court today entered the following order in the above-entitled case:

      The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk